# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Klever Marketing, Inc., | ) |
| Plaintiff, | ) C.A. No:  6:13-cv-481-MHS-JDL |
| v. | ) |
| Aéropostale, Inc., | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without Court order before the opposing party serves either an answer or a motion for summary judgment; and

WHEREAS, Defendant has not served either an answer or motion for summary judgment;

NOW THEREFORE, Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, with each side to bear its own costs and fees.

-1-

Dated:  July 1, 2013                              Respectfully submitted,

/s/ Frank M. Washko            _

Frank M. Washko
fwashko@tiburonip.com
Tiburon Intellectual Property PLLC
350 Townsend St., Suite 680
San Francisco, CA  94107
(415) 545-8040

*Counsel for Plaintiff Klever Marketing, Inc.*